UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:20-cv-0807 TLN KJN P |
| Plaintiff, | |
| v. | <u>FINDINGS & RECOMMENDATIONS</u> |
| PATRICE PETERSEN, et al., | |
| Defendants. | |

    Plaintiff is a former Plumas County jail inmate, proceeding pro se and in forma pauperis. On July 15, 2020, plaintiff sought clarification of the court's order requiring her to pay the court's filing fee in light of her indigent status. As plaintiff was informed in the screening order, despite her indigent status, she is required by statute to pay the filing fee. 28 U.S.C. §§ 19114(a), 1915(b)(1). Because of her indigent status, plaintiff is allowed to pay the filing fee by installments from her trust account.

    By order filed July 6, 2020, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint. Indeed, in her request for clarification, plaintiff made clear that she does not intend to file an amended complaint. (ECF No. 15 at 2.)

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

1

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
6 failure to file objections within the specified time may waive the right to appeal the District
7 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  August 26, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11  /mile0807.fta